Western District of
Washington, Seattle

# Clerk Memo
*November 03, 2009*

Phone: (206) 624-5124
Fax:(206) 624-5282

## IN RE:

William Terrance Volker
16731 24Th Dr. Se
Bothell, WA 98012

Chapter 13 Case # 08-15005

Deb 1 SSN: 532727225

**Regarding: Report of Unclaimed Funds**

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court pursuant to 11 USC 347(a) and Bankruptcy Rules 3010 and 3011.

Refund to Debtor
Address Above

Check Number : 3045159

**Amount:** $5,289.13

Sincerely,

K. Michael Fitzgerald, Trustee
Dated: 11/03/2009

---